

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| In the Interest of X. A. H. B., a Child, | § | No. 08-15-00319-CV |
| Appellant. | § | Appeal from the |
| | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2014DCM7157) |
| | § | |
| | § | |

In the Interest of X. A. H. B., a Child, §

Appellant. §

No. 08-15-00319-CV

Appeal from the

65th District Court

of El Paso County, Texas

(TC# 2014DCM7157)

**O R D E R**

The Court GRANTS the Appellant's first motion for extension of time to file the brief until **December 9, 2015.**   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Celia Villasenor, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **December 9, 2015.**

IT IS SO ORDERED this 25th day of November, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.